```
           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
                 ATLANTA DIVISION
```

WALTER CLAY,

      Plaintiff,            CIVIL ACTION

  v.                        NO. 1:05-CV-1596-CAP

PROFESSIONAL PROBATION
SERVICES, INC. and GWINNETT
COUNTY, GEORGIA,

      Defendants.

<u>O R D E R</u>

Now pending before the court is the plaintiff's motion to voluntarily dismiss this action [Doc. No. 22]. Federal Rule of Civil Procedure 41 governs the ability of a plaintiff to dismiss an action voluntarily and without prejudice. Rule 41(a)(1) permits a plaintiff to dismiss an action voluntarily, without first seeking leave from the court, as long as the defendant has not yet filed either an answer or a motion for summary judgment. Once an answer or summary judgment motion has been filed, Rule 41(a)(2) permits a plaintiff to dismiss an action voluntarily only upon order of the court and upon such terms and conditions as the court deems proper. The district court enjoys broad discretion in deciding whether to allow a voluntary dismissal under Rule 41(a)(2). <u>Pontenberg v. Boston Scientific Corp.</u>, 252 F.3d 1253, 1255 (11th Cir. 2001).

In this case, although the defendants have answered, they have not responded to the plaintiff's motion to dismiss. The plaintiff's motion to dismiss is, therefore, unopposed. <u>See</u> L.R. 7.1B. Since the court finds that no counterclaim has been filed by the defendants that would prevent the voluntary dismissal of this action by the plaintiff and that good cause exists to grant the motion, the court GRANTS the plaintiff's motion to dismiss this action without prejudice [Doc. No. 22].

<u>Conclusion</u>

For the forgoing reasons, the plaintiff's motion to dismiss [Doc. No. 22] is GRANTED. Accordingly, this action is hereby dismissed without prejudice and the clerk is DIRECTED to close the file.

SO ORDERED, this <u>6th</u> day of April, 2006.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL, JR.
United States District Judge